UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DEIDRA LINDSEY,<br>    Plaintiff,<br><br>   vs.<br><br>PROCOLLECT, INC.; and DOES 1<br>through 10, inclusive,<br>    Defendant. | Civil Action No.: 1:13-cv-00039<br><br>Judge: Hon. Curtis L. Collier |

## NOTICE OF SETTLEMENT

Plaintiff, DEIDRA LINDSEY, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, PROCOLLECT, INC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

.

DATED: September 5, 2013          RESPECTFULLY SUBMITTED,

By: /s/Shireen Hormozdi
Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road
Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Tel: 323-988-2400 x267
Fax: 866-929-2434
shireen@hormozdilaw.com

*Counsel for Plaintiff,
Deidra Lindsey*

1

## **CERTIFICATE OF SERVICE**

On September 5, 2013, the Notice of Settlement was filed and delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

By: /s/Shireen Hormozdi