IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| DIEDRA LINDSEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.: 1:13-CV-00039 |
| | § | |
| PROCOLLECT, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deidra Lindsey stipulates, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice.

AGREED AS TO FORM AND CONTENT:

By: */s/ Shireen Hormozdi*
    Shireen Hormozdi
    Bar No. _____

HORMOZDI LAW FIRM, LLC
1770 Indian Trail Lilburn Rd., Suite 175
Norcross, GA 30093
(678) 395-7795 – Telephone
(866) 929-2434 – Telecopy

ATTORNEYS FOR PLAINTIFF
DEIDRA LINDSEY

By: */s/ John W. Bowdich*
    John W. Bowdich
    Texas State Bar No. 00796233
    (Admitted *Pro Hac Vice*)

CRADDOCK DAVIS & KRAUSE LLP
3100 Monticello Avenue, Suite 550
Dallas, Texas 75205
(214) 750-3550 – Telephone
(214) 750-3551 – Telecopy

ATTORNEYS FOR DEFENDANT
PROCOLLECT, INC.